**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DEBORAH R. GROOMS,

            Petitioner

      v.

CITY OF PHILADELPHIA (WORKERS'
COMPENSATION APPEAL BOARD),

           Respondent

: No. 48 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.